UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE SANTOS MARQUEZ, and JOSE BENITO
HERANDEZ ORELLANA, on behalf of themselves,
and all others similarly situated, and JOSE CABRERA
VILLATORO, individually,

                                Plaintiffs,

        -against-

R. VARELLO LANDSCAPING, INC., and ROBERT
VARELLO, an individual,

                           Defendants.
-------------------------------------------------------------X

Case No. 10-CV-1925 (LDW)(ARL)

**STIPULATION AND ORDER
OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action , in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those specified in the Settlement Agreement)

      In "so ordering" the instant Stipulation, the Court hereby approves the Agreement and General Release previously provided to the Court for its review and approval.

      The Court retains jurisdiction over the settlement agreement resolving this action.

Dated: December 27, 2010

**Shulman Kessler LLP**
*Attorneys for Plaintiffs*

By:_____
Troy Kessler, Esq. (TK-4793)
510 Broadhollow Road, Suite 110
Melville, New York 11747
(631) 499-9100

**Kaufman Dolowich Voluck & Gonzo LLP**
*Attorneys for Defendants*

By:_____
Jeffery A. Meyer, Esq. (JM-4468)
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

So Ordered,

_____
U.S.D.J.   Dated: Central Islip, NY
        1/21/11

19